In the Matter of JOSEPH W. MOORE et al., Constituting the Board of Parole of the State of New York, Respondent, against FRANK B. THORN, as Special County Judge of Erie County, Appellant.

(Argued January 6, 1936; decided January 21, 1936.)

*James O. Moore* and *John S. Knibloe* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., HUBBS, CROUCH and FINCH, JJ. Dissenting: LEHMAN, O'BRIEN and LOUGHRAN, JJ.